UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| CURTIS D. EMILY, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 4:10-CV-255-RWS |
|  | ) |  |
| VICKIE STONEBERGER, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's pre-service motion to amend his complaint [Doc. #5]. Because a plaintiff may amend his complaint once as a matter of course before being served with a responsive pleading, the Court will grant plaintiff's motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to amend his complaint [Doc. #4] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall detach and file plaintiff's proposed amended complaint [Attachment #1 to Doc. #5] as plaintiff's first amended complaint.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of March, 2010.